```
 1  KAREN P. HEWITT
    United States Attorney
 2  TIMOTHY F. SALEL
    Assistant U.S. Attorney
 3  California State Bar No. 163597
    Federal Office Building
 4  880 Front Street, Room 6293
    San Diego, California 92101-8893
 5  Telephone: (619) 557-6074

 6  Attorneys for Plaintiff
    United States of America
 7
```

FILED
08 APR 18 PM 12: 18
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF | Case No. 08MJ0699 |
| Park Boulevard Pharmacy<br>3904 Park Boulevard<br>San Diego, California | MOTION AND ORDER TO<br>UNSEAL SEARCH WARRANT |

COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Timothy F. Salel, Assistant United States Attorney, and hereby requests that the search warrant, the application, and affidavit for search warrant in the above-reference case be unsealed.

DATED: April 17, 2008.

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

/s/ Timothy F. Salel

TIMOTHY F. SALEL
Assistant U.S. Attorney

IS ORDERED.

DATED: 4/17/08

_____
HONORABLE BARBARA L. MAJOR
United States Magistrate Judge

TFS:klb:Motion:Unseal S.W.Park Blvd Pharm